331-15 332-15 333-15 334-15 335-15
336-15 337-15 ELECTRONIC RECORD 338-15 339-15
340-15

Miscellaneous/Other Criminal
including Misdemeanor or

COA # 10-15-00055-CR                    OFFENSE: Felony

           William Arthur McIntosh v. The State of
STYLE:     Texas                        COUNTY: Ellis

TRIAL COURT:          40th District Court          _____ MOTION
TRIAL COURT #:        20084CR                      FOR REHEARING IS: _____
TRIAL COURT JUDGE:    Hon. Bob Carroll             DATE: _____
DISPOSITION:          DISMISSED                     JUDGE: _____


DATE:      March 5, 2015

JUSTICE:   Scoggins          PC          S   YES
PUBLISH:   _____       DNP:   YES


CLK RECORD: _____               SUPP CLK RECORD: _____
RPT RECORD: _____               SUPP RPT RECORD: _____
STATE BR:   _____               SUPP BR: _____
APP BR:     _____               PRO SE BR: _____


# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD                 CCA # **331-15 THRU 340-15**

------------------

_____ PRO SE _____ Petition            Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____
_refused_                              JUDGE: _____
DATE: July 29, 2015                    SIGNED: _____   PC: _____
JUDGE: PC                              PUBLISH: _____   DNP: _____

------------------

_____ MOTION FOR REHEARING IN          MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____             _____ ON _____

JUDGE: _____                     JUDGE: _____